IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIA A. BIRD, | : | CIVIL ACTION |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| AMERICAN BREAD COMPANY, LLC d/b/a | : | |
| PANERA BREAD, | : | |
|     Defendant | : | NO. 11-4596 |
| MIA A. BIRD, | : | CIVIL ACTION |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| AMERICAN BREAD COMPANY, LLC d/b/a | : | |
| PANERA BREAD, | : | |
|     Defendant | : | NO. 12-727 |

**ORDER**

**AND NOW**, this 24th day of August 2012, upon consideration of Defendant's Motion to Compel Mediation/Arbitration or, in the Alternative, to Dismiss Counts IV and V of Plaintiff's Complaint in Their Entirety and to Dismiss Counts I, II, and III of Plaintiff's Complaint to the Extent They Allege Violations of the Philadelphia Fair Practices Ordinance [Civ. A. No. 11-4596, Doc. No. 2], and Defendant's Motion to Compel Mediation/Arbitration or, in the Alternative, to Dismiss Plaintiff's Pennsylvania Human Relations Act Claims and to Consolidate Plaintiff's Pending Actions [Civ. A. No. 12-727, Doc. No. 3], and the response and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED in part** as follows:

    1.    The cases filed at Civil Action Nos. 11-4596 and 12-727 are consolidated for all

purposes under Civil Action No. 11-4596, and all filings and docket activity shall occur under **Civil Action No. 11-4596**.

2. The Motions are **GRANTED** with regard to the Motions to Compel Arbitration, and the Plaintiff must initiate arbitration in accordance with the Agreement if she wishes to pursue her claims.

3. The Motions are otherwise **DENIED**.

4. The Clerk is directed to place Civil Action No. 11-4596 into **CIVIL SUSPENSE** until further order of the Court, and the parties shall **FILE** joint status reports every 120 days.

2. The Clerk is directed to mark Civil Action No. 12-727 **CLOSED** for statistical purposes.

It is so **ORDERED**.

          **BY THE COURT:**

          /s/ Cynthia M. Rufe

          _____
          **CYNTHIA M. RUFE, J.**